UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT FORT KNOX



UNITED STATES OF AMERICA

INFORMATION

vs.

NO. 3:03M-156
18 U.S.C. 13, 1382
K.R.S. 304.39-080
K.R.S. 186.620(2)

**JENNIFER E. MILLER**

The United States Attorney charges:

COUNT 1

On or about March 10, 2003, in the Western District of Kentucky, at Fort Knox, Hardin County, Kentucky, on land acquired for the use of the United States and under the exclusive jurisdiction thereof, **JENNIFER E. MILLER**, defendant herein, did operate a motor vehicle while her license was suspended and whose privileges to operate a motor vehicle had been withdrawn.

In violation of Title 18, United States Code, Section 13 and Kentucky Revised Statutes, Section 186.620(2). This is a Class B misdemeanor.

The United States Attorney further charges:

COUNT 2

On or about March 10, 2003, in the Western District of Kentucky, at Fort Knox, Hardin County, Kentucky, on land acquired for the use of the United States and under the exclusive jurisdiction thereof,

**JENNIFER E. MILLER**, defendant herein, did fail to have in full force and effect the security (insurance) required by K.R.S. Chapter 304, Subtitle 39 (Motor Vehicle Reparations Act) while operating a motor vehicle and after having at least one prior offense within a five year period.

In violation of Title 18, United States Code, Section 13 and Kentucky Revised Statutes, Section 304.39-080 and 304.99-060 (1)(c). This is a Class B misdemeanor.

The United States Attorney further charges:

<u>COUNT 3</u>

On or about March 10, 2003, in the Western District of Kentucky, at Fort Knox, Hardin County, Kentucky, on land acquired for the use of the United States and under the exclusive jurisdiction thereof, **JENNIFER E. MILLER**, defendant herein, did unlawfully enter Fort Knox Military Reservation for a purpose prohibited by law; to wit, driving on a suspended license and without insurance.

In violation of Title 18, United States Code, Section 1382. This is a Class B misdemeanor.

MONICA WHEATLEY
Acting United States Attorney
United States District Court
Fort Knox, Kentucky 40121
Tel: (502) 624-5668

UNITED STATES OF AMERICA v. Jennifer Miller

## P E N A L T I E S

Count 1:  NM 6 mos./$5,000/both/NM 1 yr. Supervised Release
Count 2:  NM 6 mos./NL $1000 and NM $2500/both/NM 1 yr. Supervised Release
Count 3:  NM 6 mos./$5,000/both/NM 1 yr. Supervised Release

## N O T I C E

**ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.**

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

Count 1:  $10.00
Count 2:  $10.00
Count 3:  $10.00

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due _immediately_ unless the court issues an order requiring payment by a date certain or sets out an installment schedule.  You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court.  18 U.S.C. § 3571, 3572, 3611, 3612

**Failure to pay fine as ordered may subject you to the following**:

    1.  **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

        For offenses occurring after December 12, 1987:

        No **INTEREST** will accrue on fines under $2,500.00.

        **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing.  This rate changes monthly.  Interest accrues from the first business day following the two week period after the date a fine is imposed.

        **PENALTIES** of:

        10% of fine balance if payment more than 30 days late.

        15% of fine balance if payment more than 90 days late.

    2.  Recordation of a **LIEN** shall have the same force and effect as a tax lien.

    3.  Continuous **GARNISHMENT** may apply until your fine is paid.

18 U.S.C. §§ 3612, 3613

If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18 U.S.C. § 3615

RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law.  18 U.S.C. § 3663

APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1.  That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2.  Give bond for payment thereof.

18 U.S.C. § 3572(g)

PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made payable to the Clerk, U.S. District Court and delivered to the appropriate division office listed below:

LOUISVILLE:     Clerk, U.S. District Court
                106 Gene Snyder U.S. Courthouse
                601 West Broadway
                Louisville, KY  40202
                502/625-3500

BOWLING GREEN:  Clerk, U.S. District Court
                120 Federal Building
                241 East Main Street
                Bowling Green, KY  42101
                270/393-2500

OWENSBORO:      Clerk, U.S. District Court
                126 Federal Building
                423 Frederica
                Owensboro, KY  42301
                270/689-4400

PADUCAH:        Clerk, U.S. District Court
                127 Federal Building
                501 Broadway
                Paducah, KY  42001
                270/415-6400

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.